## (April 15, 1954.)

In the Matter of Victor Giroffi, an Infant, Appellant. Children's Court of the County of Nassau et al., Respondents.— Application for certificate of reasonable doubt denied. An adjudication of juvenile delinquency is not a criminal conviction. (Children's Court Act, § 45; L. 1922, ch. 547; *People* v. *Lewis,* 260 N. Y. 171.) Consequently, there is no authority for the issuance of a certificate of reasonable doubt. (Cf. *People* v. *Lewis, supra.*) If it be assumed, however, that such a certificate may be issued on an appeal of this nature, this court is not authorized to issue it. (Cf. Code Crim. Pro., §§ 527, 529.) On the court's own motion, this appeal will be placed on the calendar for argument on Monday, April 26, 1954. The appeal will be heard on the original papers and typewritten briefs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

## (April 20, 1954.)

Andrew Anderson et al., Plaintiffs, v. Nicholas Sarubbi et al., Defendants. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

Eugenia Flock, Respondent, v. Joseph Flock, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante,* p. 823.]

In the Matter of the Application of Brooklyn Bar Association. Michael Lekacos, an Attorney.— Motion to confirm reports of Official Referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

Fannie Kolbert, Respondent, v. Thomas Gatto et al., Appellants. Henrietta L. Kraditor, Respondent, v. Court Sash & Door Co. Inc. et al., Appellants.— Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 808.]